

# NUMBER 13-16-00347-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

| | |
|---|---|
| **LUIS ARMANDO CARREON,** | **Appellant,** |
| **v.** | |
| **THE STATE OF TEXAS,** | **Appellee.** |

### On appeal from the 389th District Court
### of Hidalgo County, Texas.

# ORDER

### Before Chief Justice Valdez and Justices Contreras and Hinojosa
### Order by Justice Hinojosa

On January 11, 2018, this Court issued an opinion and judgment that reversed the trial court's judgment revoking Luis Armando Carreon's community supervision and rendered a judgment discharging Carreon from community supervision. The trial court judgment that this Court reversed also sentenced Carreon to four years' imprisonment in

the Texas Department of Criminal Justice–Institutional Division (TDCJ-ID). That sentence has been invalidated by this Court's judgment. As a result of this Court's opinion and judgment and the State's failure to appear in any way before this Court, Carreon is entitled to immediate post-judgment relief.

It is therefore ORDERED, ADJUDGED, and DECREED that Luis Armando Carreon be released from confinement at the TDCJ-ID instanter.

It is so ORDERED.

LETICIA HINOJOSA
Justice

Delivered and filed the
11th day of January, 2018.